UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN LEAVELL GREEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | No. 2:23-cv-2243 KJM SCR P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. For the reasons set forth below, the court will appoint plaintiff counsel for the limited purpose of investigating plaintiff's claim and drafting and filing an amended complaint.

**BACKGROUND**

Plaintiff initiated the action by filing a complaint in the Northern District of California on September 22, 2023. (ECF No. 1). The case was transferred from the Northern District to this court on October 4, 2023. (ECF No. 5.) Plaintiff alleges that his medical needs, including use of a wheelchair and an "elevation restriction," required placement at the Stockton Medical Facility. Plaintiff alleges he was instead placed at High Desert State Prison against his doctors' orders and

1

in violation of his civil rights.

Upon screening plaintiff's original complaint, the undersigned determined that plaintiff failed to state a claim and granted leave to amend. (ECF No. 14.) The court provided plaintiff with the relevant legal standards and instructions on how to amend. (Id.) Plaintiff then filed his first amended complaint on September 9, 2024. (ECF No. 17.) In its second screening order, the court again determined that plaintiff failed to state any cognizable claims and granted further leave to amend. (ECF No. 20.)

## APPOINTMENT OF COUNSEL

District courts lack authority under 28 U.S.C. § 1915 to require counsel to represent indigent prisoners in section 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request that an attorney voluntarily represent such a plaintiff. See 28 U.S.C. § 1915(e)(1); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). It may make this request on its own motion. See Thorpe v. Hearn, No. 2: 19-cv-1974 KJM KJN P, 2021 WL 1238417, at *2 (E.D. Cal. Apr. 2, 2021).

The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of drafting and filing an amended complaint. Across multiple pleadings, plaintiff has not been able to articulate his claims or follow the court's guidance. Shahid Manzoor has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. The portion of the court's March 28, 2025, screening order (ECF No. 20) granting plaintiff leave to file an amended complaint within sixty days from the date of service of this order is vacated.

2. Shahid Manzoor is appointed as limited purpose counsel in the above titled matter. This appointment is for the limited purpose of investigating the claim and drafting and filing an amended complaint. The amended complaint is due 90 days from the date of this order.

3. Shahid Manzoor's appointment will terminate when plaintiff's amended complaint is filed, or files a notice that an amended complaint would not be appropriate.

4. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Shahid Manzoor, Manzoor Law Firm Inc., 3017 Douglas Blvd., Suite 104, Roseville, California 95661.

DATE: April 7, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE