IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DESHAWN LEAVELL GREEN,** | 2:23-cv-02243-DC-SCR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION [ECF NO. 34]** |
| **v.** | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' motion to opt out of the Court's Post-Screening ADR. ECF No. 36. The Court lifts the previously imposed stay of this action. *See* ECF No. 34. The Court will issue a separate Discovery and Scheduling Order in due course.

**IT IS SO ORDERED**.

DATE: March 19, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:23-cv-02243-DC-SCR)