UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHAWN LEAVELL GREEN,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

No. 2:23-cv-002243 DC SCR

ORDER

Upon due consideration, good cause appearing, the undersigned GRANTS Defendants' Ex Parte Application to Modify the Scheduling Order ("DSO"). ECF No. 43. The dates in DSO dated April 7, 2026 (ECF No. 38), are modified as follows, with all other provisions of the DSO remaining in effect:

| Event | Original Date | New Date |
|---|---|---|
| Fact discovery cut-off | August 3, 2026 | November 2, 2026 |
| Amended pleading deadline | August 31, 2026 | November 30, 2026 |
| Pre-trial motions | October 26, 2026 | January 25, 2027 |

DATED: July 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE